

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00658-CV

**BASIC ENERGY SERVICES, L.P.**,
Appellant

v.

Enedina S. **LOPEZ** and The Estate of Rodolfo Lopez, Jr.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 17-08-00245CVF
Honorable Lynn Ellison, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: February 5, 2020

DISMISSED

Appellant Basic Energy Services, L.P. filed a motion to dismiss, requesting that this court dismiss its appeal. The motion states that the parties have entered into a settlement agreement and desire to dismiss the appeal. The motion further states that the settlement agreement has been fully consummated and that all costs of the appeal are to be borne by appellant. Appellees Enedina S. Lopez and the Estate of Rodolfo Lopez, Jr. have not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM